UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No. 5:21-cr-24-1 |
| ) | |
| ANDREW MORRISON, ) | |
| Defendant. ) | |

## MOTION TO SEAL INFORMATION AND ARREST WARRANT

The United States of America, by its attorney, Jonathan A. Ophardt, Acting United States Attorney for the District of Vermont, hereby moves this Court to seal the Information and Affidavit, the Arrest Warrant, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of the defendant, Andrew Morrison, to protect the safety of the arresting officers and to prevent the flight of the defendant.

WHEREFORE, the United States requests that the Court grant this motion to seal the Information and Affidavit, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of the defendant, Andrew Morrison.

Dated at Burlington, in the District of Vermont, this 30th day of March, 2021.

                        UNITED STATES OF AMERICA

                        JONATHAN A. OPHARDT
                        Acting United States Attorney

By:   *Greg Waples / By NPK*
                        GREGORY L. WAPLES
                        Assistant United States Attorney
                        P.O. Box 570
                        Burlington VT 05402-0570
                        (802) 951-6725
                        Gregory.Waples@usdoj.gov