AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

RCVD U.S. MARSHALS VT
MAR 31 2021 AM 10:47
BY _____
DEPUTY CLERK

2021 APR -6 AM 9:35

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:21-cr-24-1 |
| ANDREW MORRISON | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Morrison                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 844(a):  Knowingly or intentionally possessing a controlled substance (heroin).

Date:  03/31/2021                                                      _Lisa Wright_
                                                                          *Issuing officer's signature*

City and state:  Burlington, VT                             Lisa Wright, Deputy Clerk
                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/31/2021, and the person was arrested on *(date)* 4/2/2021
at *(city and state)* Essex Jct, VT.

Date:  4/2/2021                                                      _signature_
                                                                          *Arresting officer's signature*

                                                                          Brittany True, Deputy US Marshal
                                                                          *Printed name and title*

✱ FOR USPIS ✱