NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                        Case No. 5:21-cr-24-1

Andrew Morrison

TAKE NOTICE that the above-entitled case has been scheduled at 2:00 PM on Thursday, April 8, 2020, before Honorable Geoffrey W. Crawford, Chief Judge, for an Arraignment by video conference.

Location: by video conference                  JEFFREY S. EATON, Clerk

                                                             By: *Pamela J. Lane*
                                                             Deputy Clerk
                                                             4/7/2020

TO:

Gregory L. Waples, AUSA

Michael L. Desautels, FPD

Anne Henry, Court Reporter